**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 22-CV-20224-WILLIAMS

HUBERT ARTURO ACEVEDO,

    Plaintiff,

v.

CITY OF MIAMI;
JOE CAROLLO, individually;
ALEX DIAZ DE LA PORTILLA, individually
ARTHUR NOREIGA, individually; and
MANOLO REYES, individually,

    Defendants.

_____/

**PARTIES' JOINT MOTION FOR STAY UNTIL THE COURT'S RULING ON QUALIFIED IMMUNITY**

The Parties, Plaintiff HUBERT ARTURO ACEVEDO, and Defendants CITY OF MIAMI ("CITY"), Commissioner JOE CAROLLO ("CAROLLO"), Commissioner ALEX DIAZ DE LA PORTILLA ("DIAZ DE LA PORTILLA"), ARTHUR NORIEGA ("NORIEGA"), and Commissioner MANOLO REYES ("REYES"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 26(c), move to stay this case pending a ruling from the Court on whether Defendants CAROLLO, DIAZ DE LA PORTILLA, NORIEGA, and REYES (the "Government Official Defendants") have qualified and legislative immunity and, in support of such, state the following:

1. The Plaintiff filed a multiple-count complaint against the CITY and the Government Official Defendants alleging, among other things, that the Defendants retaliated against him in violation of the First Amendment. [D.E. 1].

2. The Government Official Defendants moved to dismiss the Complaint, and as part of their motions, each raised an argument that they are shielded from litigation based on the doctrines of legislative and qualified immunity. [D.E. 23, 24, 25, 27].

3. The Government Official Defendants subsequently filed a Joint Motion to Stay and Abate ("Joint Motion"), asking the Court to stay the proceedings until such time that the Court ruled on the issues of legislative and qualified immunity. [D.E. 28]. Defendant CITY did not oppose the Government Official Defendants' Joint Motion, but Plaintiff was not prepared at that time to agree to the Joint Motion's requested relief.

4. After reviewing the Government Official Defendants' Joint Motion, the Plaintiff and Defendant CITY agree its requested relief is appropriate based upon its cited authorities, which include this Court's decision in *Mp aka v. Migoya*, No. 18-22178-CIV, 2019 WL 3001634, at *1 (S.D. Fla. July 10, 2019). The Parties therefore now jointly move for the requested stay.

WHEREFORE, the Parties jointly request this Court grant the relief requested in the Government Official Defendants' Joint Motion and stay the case until such time the Court has ruled as to whether the Government Official Defendants have legislative and qualified immunity.

Respectfully submitted,

| | |
|---|---|
| ROBERT W. RODRIGUEZ, P.A.<br>4909 S. W. 74 Court, 1st Floor<br>Miami, FL 33155<br>(305) 444-1446<br>robertwrodriguez@gmail.com<br>*Counsel for Defendant, Alex Diaz de la Portilla*<br><br>By: */s/ Robert W. Rodriguez*_____<br>    Robert W. Rodriguez<br>    Florida Bar No. 856975 | Thomas A. Tucker Ronzetti, Esq.<br>tr@tuckrlaw.com<br>TUCKER RONZETTI, P.A.<br>5760 SW 46th Terrace<br>Miami, Florida 33155<br>(305) 546-4638 (Telephone)<br>*Counsel for Defendant, Alex Diaz de la Portilla*<br><br>By: */s/ Thomas A. Tucker Ronzetti*__<br>    Thomas A. Tucker Ronzetti<br>    Florida Bar No. 965723 |
| Frank Quintero, Jr.<br>QUINTERO BROCHE, P.A.<br>75 Valencia Ave, Ste. #800<br>Coral Gables, FL 33134<br>Tel.: (305) 446-0303<br>Email: fquintero@quinterolaw.net<br>*Counsel for Commissioner Manolo Reyes*<br><br>By: */s/ Frank Quintero, Jr.*____<br>    Frank Quintero, Jr.<br>    Florida Bar No. 399167 | John R. Byrne<br>LEÓN COSGROVE, LLP<br>255 Alhambra Circle, 8th Floor<br>Miami, Florida 33134<br>Tel.: (305) 740-1975<br>Email: jbyrne@leoncosgrove.com<br>*Counsel for the Plaintiff*<br><br>By: */s/ John R. Byrne*_____<br>    John R. Byrne<br>    Florida Bar No. 126294 |
| Mason A. Pertnoy<br>KRINSMAN, HUSS, LUBETSKY, FELDMAN & HOTTE<br>Alfred I Dupont Building<br>169 E. Flagler Street, Suite 500<br>Miami, FL 33131<br>Tel.: (305) 854-9700<br>Email: mp@khllaw.com<br>*Counsel for City Manager Arthur Noriega, V*<br><br>By: */s/ Mason A. Pertnoy*_____<br>    Mason A. Pertnoy<br>    Florida Bar No. 18334 | Jose M. Quinon<br>JOSE M. QUINON, P.A.<br>2333 Brickell Ave, Suite A1<br>Miami, FL 33129<br>Tel.: (305) 858-5700<br>Email: jquinon@quinonlaw.com<br>*Counsel for Commissioner Manolo Reyes*<br><br>By: */s/ Jose M. Quinon*____<br>    Jose M. Quinon<br>    Florida Bar No. 201944 |
| | Benedict P. Kuehne<br>KUEHNE DAVIS LAW, P.A.<br>Miami Tower, Suite 3105<br>100 S.E. 2 St.<br>Miami, FL 33131-2154<br>Tel.: (305) 789-5989<br>e-mail: ben.kuehne@kuehnelaw.com;<br>efiling@kuehnelaw.com<br>*Counsel for Commissioner Joe Carollo* |

By: */s/ Benedict P. Kuehne*___
    Benedict P. Kuehne
    Florida Bar No. 233293

Javier A. Lopez, Esq.
jal@kttlaw.com
Michael R. Lorigas, Esq.
mlorigas@kttlaw.com
KOZYAK TROPIN &
THROCKMORTON LLP
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, FL 33134
Telephone: (305) 372-1800
Facsimile: (305) 372-3508
*Counsel for Defendant, Alex Diaz de la Portilla*

By: */s/ Javier A. Lopez*_____
    Javier A. Lopez, Esq.
    Florida Bar No. 16727

Victoria Méndez, City Attorney
Kevin R. Jones
Kerri L. McNulty
Stephanie K. Panoff
444 SW 2nd Avenue, Suite 945
Miami, FL 33130
Tel.: (305) 416-1800
Email: krjones@miamigov.com
klmcnulty@miamigov.com
skpanoff@miamigov.com
Second Email:
smfernandez@miamigov.com
csantos@miamigov.com
*Counsel for City of Miami*

By: */s/ Stephanie K. Panoff*__
    Assistant City Attorney
    Florida Bar No. 69214

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 29th 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ *Stephanie K. Panoff*
    Assistant City Attorney
    Florida Bar No. 69214