UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 22-20224-CV-KMW

HUBERT ARTURO ACEVEDO,

    Plaintiff,

v.

CITY OF MIAMI;
JOE CAROLLO, individually;
ALEX DIAZ DE LA PORTILLA, individually;
ARTHUR NORIEGA, individually; and
MANOLO REYES, individually,

    Defendants.
_____/

### *UNOPPOSED* MOTION FOR JOHN R. BYRNE TO WITHDRAW AS ATTORNEY

Pursuant to Local Rule 11.1(d)(3)(A), John R. Byrne respectfully requests the entry of an Order permitting his withdrawal from the representation of Hubert Arturo Acevedo in the above-referenced matter. In support, the undersigned states as follows:

1. On January 19, 2022, Mr. Byrne appeared in this action by filing a complaint [ECF No. 1].

2. Mr. Byrne is leaving the law firm of León Cosgrove, LLP to pursue another professional opportunity.

3. Pursuant to Local Rule 11.1(d)(3)(A), undersigned has served Mr. Acevedo and opposing counsel with a notice of this motion by email.

4. Mr. Acevedo will continue to be represented by counsel in this matter. Specifically, he will be represented by Marcos D. Jiménez of Marcos D. Jiménez, P.A. and Jordi C. Martínez-

Cid of León Cosgrove, LLP.  Mr. Jiménez and Mr. Martínez-Cid's mailing address is 255 Alhambra Cir., 8th Floor, Coral Gables, FL 33134.

WHEREFORE, John R. Byrne respectfully requests the entry of an Order permitting his withdrawal from the representation of Plaintiff Hubert Arturo Acevedo in the above-referenced matter and to be relieved of any further responsibility of the handling of this matter.  A proposed order is attached hereto and will also be submitted via e-mail to the Court as prescribed by Section 3I(6) of the CM/ECF Administrative Procedures.

**CERTIFICATE OF CONFERENCE IN COMPLIANCE WITH S.D. FLA. L.R. 7.1(A)(3)**

Pursuant to S.D. Fla. L.R. 7.1(a)(3), the undersigned counsel contacted counsel for Defendants regarding the relief requested in this motion. Counsel for Defendants do not object to the motion.

Dated: April 26, 2022

Respectfully submitted,

**John R. Byrne**
Florida Bar No. 126294
Email:  jbyrne@leoncosgrove.com
Email:  anoonan@leoncosgrove.com

**LEÓN COSGROVE, LLP**
255 Alhambra Circle, 8th Floor
Miami, Florida 33134
Telephone:  305.740.1975

*Counsel for Hubert Arturo Acevedo*