UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:22-CV-20224-WILLIAMS

HUBERT ARTURO ACEVEDO,

    Plaintiff,

v.

CITY OF MIAMI;
JOE CAROLLO, individually;
ALEX DIAZ DE LA PORTILLA, individually;
ARTHUR NORIEGA, individually; and
MANOLO REYES, individually,

    Defendants.
_____/

## DEFENDANTS' CONSOLIDATED UNOPPOSED MOTION
## FOR LEAVE TO USE TECHNOLOGY IN THE COURTROOM

Defendants, the City of Miami (the "City"), Commissioner Joe Carollo, Commissioner Alex Diaz de la Portilla, Commissioner Manolo Reyes (the Commissioners are collectively referred to as the "Commissioners" and the "Commissioner Defendants"), and City Manager Noriega (the "City Manager"), by and through their undersigned counsel, hereby move for this Court to enter an Order allowing counsel to use laptop computers and related technology equipment in the courtroom to facilitate the use of a PowerPoint presentation during the Motion to Dismiss hearing in this action set for October 13, 2022 at 1:00 p.m.

Use of laptop computers and related equipment by counsel during the hearing will assist Defendants with regard to their case presentation. The above request is consistent with the "just, speedy and inexpensive determination of every action." Fed. R. Civ. P. 1.

WHEREFORE, Defendants respectfully request that this Court enter an Order allowing counsel to use and install the technology equipment during the hearing and to allow counsel and staff to bring their cellphones into the Courthouse.

## **CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

Pursuant to Local Rule 7.1(a)(3), Plaintiffs' counsel contacted Plaintiff's counsel regarding the relief sought in this Motion, and Plaintiff's counsel confirmed it does not oppose the requested relief.

Respectfully submitted,

*Counsel for Defendant*, *City of Miami*
Victoria Mendez, City Attorney
Kevin R. Jones, Esq., Division Chief for
Labor & Employment
Kerri L. McNulty, Esq.,
Senior Assistant City Attorney
Stephanie K. Panoff, Esq.,
Assistant City Attorney
Bryan E. Capdevila, Esq.,
Assistant City Attorney
444 S.W. 2nd Avenue, Suite 945
Miami, FL 33130-1910
Tel.: (305) 416-1800
Fax: (305) 400-5071
Email: vmendez@miamigov.com;
krjones@miamigov.com;
klmcnulty@miamigov.com;
skpanoff@miamigov.com;
bcapdevila@miamigov.com;
Slstubbs@miamigov.com;
CSantos@miamigov.com

By:   */s/ Kerri L. McNulty*
          Kerri L. McNulty, Esq.
          Florida Bar No. 16171

*Counsel for Defendant, Commissioner Joe Carollo*

Benedict P. Kuehne
Kuehne Davis Law, P.A.
100 S.E. 2nd Street, Suite 3105
Miami, FL 33131
Tel.: (305) 789-5989
Ben.Kuehne@KuehneLaw.com
Efiling@KuehneLaw.com

By: */s/ Benedict P. Kuehne*
    Benedict P. Kuehne
    Florida Bar No. 233293

*Counsel for Defendant, Commissioner Alex Diaz de la Portilla*
Michael R. Lorigas, Esq.
Javier A. Lopez, Esq.
Kozyak Tropin & Throckmorton LLP
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, FL 33134
Tel.: (305) 372-1800
Email: mlorigas@kttlaw.com;
ga@kttlaw.com; jal@kttlaw.com;
ya@kttlaw.com

By: */s/ Javier A. Lopez*
    Javier A. Lopez, Esq.
    Florida Bar No. 16727

*Counsel for Defendant, Commissioner Alex Diaz de la Portilla*
Thomas A. Tucker Ronzetti, Esq.
Tucker Ronzetti, P.A.
5760 S.W. 46th Terrace
Miami, FL 33155-6015
Tel.: (305) 546-4638
Email: tr@tuckrlaw.com

By: */s/ Thomas A. Tucker Ronzetti*
    Thomas A. Tucker Ronzetti, Esq.
    Florida Bar No. 965723

*Counsel for Defendant, Commissioner Manolo Reyes*

Case 1:22-cv-20224-KMW   Document 56   Entered on FLSD Docket 10/12/2022   Page 4 of 7

ACEVEDO V. CITY OF MIAMI, ETC.
DEFENDANTS' MOTION FOR LEAVE TO
USE TECHNOLOGY IN THE COURTROOM
CASE NO.: 22-CV-20224-WILLIAMS

Frank Quintero, Jr., Esq.
Quintero Broche, P.A.
75 Valencia Avenue, Suite 800
Coral Gables, FL 33134
Tel.: (305) 446-0303
Fax: (305) 446-4503
Email: eservice@quinterolaw.net;
fquintero@quinterolaw.net;
jpbroche@quinterolaw.net

By:  */s/ Frank Quintero, Jr.*
    Frank Quintero, Esq.
    Florida Bar No. 399167

*Counsel for Defendant, Commissioner Manolo Reyes*
Jose M. Quinon, Esq.
2333 Brickell Avenue, Suite A1
Miami, FL 33129-2497
Tel. : (305) 858-5700
Email : jquinon@quinonlaw.com

By :  */s/ Jose M. Quinon*
    Jose M. Quinon, Esq.
    Florida Bar No. 201944

*Counsel for Defendant, City Manager Arthur Noriega*
Mason A. Pertnoy, Esq.
Krinzman Huss Lubetsky Feldman & Hotte
Alfred I. duPont Building
169 E. Flagler Street, Suite 500
Miami, FL 33131
Telephone: (305) 854-9700
Facsimile: (305) 854-0508
Primary email: map@khllaw.com
Primary email: mschneider@khllaw.com
Secondary: eservicemia@khllaw.com

By:  */s/ Mason A. Pertnoy*
    Mason A. Pertnoy, Esq.
    Florida Bar No. 18334

**CERTIFICATE OF SERVICE**

Case 1:22-cv-20224-KMW   Document 56   Entered on FLSD Docket 10/12/2022   Page 5 of 7

ACEVEDO V. CITY OF MIAMI, ETC.
DEFENDANTS' MOTION FOR LEAVE TO
USE TECHNOLOGY IN THE COURTROOM
CASE NO.: 22-CV-20224-WILLIAMS

I HEREBY CERTIFY that on October 12, 2022, I electronically filed a copy of the foregoing document with the Clerk of the Court using the CM/ECF system and a copy of which was sent to the service list below via electronic service.

## SERVICE LIST

*Counsel for Plaintiff*
Marcos Daniel Jimenez, Esq.
Marcos D. Jimenez, P.A.
255 Alhambra Circle, 8th Floor
Miami, FL 33134
Tel.: (305) 740-1975
Email: mdj@mdjlegal.com

*Counsel for Plaintiff*
Jordi C. Martínez-Cid
Florida Bar No. 100566
Leon Cosgrove, LLP
255 Alhambra Circle, 8th Floor
Miami, FL 33134
Tel.: (305) 740-1975
Email: jmartinez-cid@leoncosgrove.com
Email: lburns@leoncosgrove.com

*Counsel for Defendant, City of Miami*
Victoria Mendez, City Attorney
Kevin R. Jones, Esq., Division Chief for Labor & Employment
Kerri L. McNulty, Esq., Senior Assistant City Attorney
Stephanie K. Panoff, Esq., Assistant City Attorney
Bryan E. Capdevila, Esq., Assistant City Attorney
444 S.W. 2nd Avenue, Suite 945
Miami, FL 33130-1910
Tel.: (305) 416-1800
Fax: (305) 400-5071
Email: vmendez@miamigov.com; krjones@miamigov.com; klmcnulty@miamigov.com; skpanoff@miamigov.com; bcapdevila@miamigov.com; Slstubbs@miamigov.com; CSantos@miamigov.com

*Counsel for Defendant, Commissioner Joe Carollo*
Benedict P. Kuehne

Kuehne Davis Law, P.A.
100 S.E. 2nd Street, Suite 3105
Miami, FL 33131
Tel.: (305) 789-5989
Ben.Kuehne@KuehneLaw.com
Efiling@KuehneLaw.com

*Counsel for Defendant, Commissioner Alex Diaz de la Portilla*
Michael R. Lorigas, Esq.
Javier A. Lopez, Esq.
Kozyak Tropin & Throckmorton LLP
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, FL 33134
Tel.: (305) 372-1800
Email: mlorigas@kttlaw.com; ga@kttlaw.com; jal@kttlaw.com; ya@kttlaw.com

*Counsel for Defendant, Commissioner Alex Diaz de la Portilla*
Thomas A. Tucker Ronzetti, Esq.
Tucker Ronzetti, P.A.
5760 S.W. 46th Terrace
Miami, FL 33155-6015
Tel.: (305) 546-4638
Email: tr@tuckrlaw.com


*Counsel for Defendant, Commissioner Manolo Reyes*
Frank Quintero, Jr., Esq.
Quintero Broche, P.A.
75 Valencia Avenue, Suite 800
Coral Gables, FL 33134
Tel.: (305) 446-0303
Fax: (305) 446-4503
Email: eservice@quinterolaw.net; fquintero@quinterolaw.net; jpbroche@quinterolaw.net

*Counsel for Defendant, Commissioner Manolo Reyes*
Jose M. Quinon, Esq.
2333 Brickell Avenue, Suite A1
Miami, FL 33129-2497
Tel.: (305) 858-5700
Email: jquinon@quinonlaw.com

*Counsel for Defendant, City Manager Arthur Noriega*
Mason A. Pertnoy, Esq.
Krinzman Huss Lubetsky Feldman & Hotte
Alfred I. duPont Building
169 E. Flagler Street, Suite 500
Miami, FL 33131
Telephone: (305) 854-9700
Facsimile: (305) 854-0508
Email: map@khllaw.com mschneider@khllaw.com eservicemia@khllaw.com