UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20224-CV-WILLIAMS/SANCHEZ

HUBERT ARTURO ACEVEDO,

    Plaintiff,

vs.

CITY OF MIAMI;
JOE CAROLLO, individually;
ALEX DIAZ DE LA PORTILLA, individually;
ARTHUR NORIEGA, individually; and
MANOLO REYES, individually,

    Defendants.
_____/

## ORDER OF RECUSAL AND ORDER OF REASSIGNMENT

THE UNDERSIGNED MAGISTRATE JUDGE, to whom the above-styled case has been assigned, *see* ECF No. 60, hereby recuses himself based upon a review of the pending record and refers the matter to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455 and the Local Rules and Internal Operating Procedures of the Court.

DONE AND ORDERED in chambers in Miami, Florida, this 24th day of February, 2023.

                                                                     _____
                                                                     EDUARDO I. SANCHEZ
                                                                     UNITED STATES MAGISTRATE JUDGE

In accordance with the Local Rules, Internal Operating Procedures, and applicable Administrative Orders for the Southern District of Florida, this cause will be reassigned by the Clerk's Office to the calendar of __Edwin G. Torres__.

Copies of this order shall be served on all pending parties of record. All documents for filing in this case shall carry the following case number and designation: 22-20224-CV-WILLIAMS/__Torres__.

BY ORDER OF COURT this __27th__ day of February, 2023, Miami, Florida.

          ANGELA E. NOBLE
          CLERK OF COURT

By: __/s/Valerie Kemp__
      Deputy Clerk

cc: The Honorable Kathleen M. Williams
      Counsel of Record