UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-20224-CV-WILLIAMS

HUBERT ARTURO ACEVEDO,

    Plaintiff,

v.

CITY OF MIAMI, *et al*.,

    Defendants.

_____/

## ORDER OF REFERRAL

**THIS MATTER** is before the Court *sua sponte*. Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules for the Southern District of Florida, it is **ORDERED AND ADJUDGED** as follows:

1. This case is no longer referred to Magistrate Judge Chris M. McAliley or Magistrate Judge Eduardo I. Sanchez. All discovery disputes and non-dispositive pretrial motions are **REFERRED** to Chief Magistrate Judge Edwin G. Torres.

2. Any discovery disputes noticed prior to the date of this Order that remain pending are **REFERRED** to Chief Judge Torres.

3. All non-dispositive pretrial motions filed prior to the date of this Order, and any pending motions that were previously referred to Judge McAliley or Judge Sanchez for any purpose, are **REFERRED** to Chief Judge Torres for the same purpose.

4. It is further ordered that the Parties shall adhere to the Federal Rules of Civil Procedure, the Local Rules for the Southern District of Florida, Judge Williams' Court Practices and Procedures, and Judge Torres' Discovery Procedures. Judge Williams' Court Practices and Procedures are available on the Court's website at: https://www.flsd.uscourts.gov/content/judge-kathleen-m-williams and https://www.flsd.uscourts.gov/content/chief-magistrate-judge-edwin-g-torres.

5. As discussed in the Court's initial Order of Referral and Notice of Court Practices and Procedures, noncompliance with any provision of the Court's orders, the Federal Rules of Civil Procedure, the Local Rules for the Southern District of Florida, or this Court's Practices and Procedures may subject the offending Party to **sanctions**, including **dismissal** of this case. It is the duty of all counsel to take all actions necessary to comply with the Court's orders.

**DONE AND ORDERED** in Chambers in Miami, Florida on this 1st day of March, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE