CASE NO. 24-12650
District Court Case No. 22-cv-20224-KMW

IN THE UNITED STATES CIRCUIT COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ALEX DIAZ DE LA PORTILLA,

    Appellant,

vs.

HUBERT ARTURO ACEVEDO,

    Appellee.
_____/

### APPELLANT'S CERTIFICATE
### THAT NO TRANSCRIPT WILL BE ORDERED

Pursuant to Rule 10-1(b)(1)(B) of the Eleventh Circuit Rules, the undersigned counsel for Appellant Alex Diaz de la Portilla certifies that no transcript will ordered.

    Respectfully submitted,

    Thomas A. Tucker Ronzetti, Esq.
    *Counsel for Appellant,*
       *Alex Diaz de la Portilla*
    Tucker Ronzetti, P.A.
    5760 S.W. 46th Terrace
    Miami, FL 33155-6015
    Tel.: (305) 546-4638
    Email: tr@tuckrlaw.com

    By: *s/ Thomas A. Tucker Ronzetti*
    Thomas A. Tucker Ronzetti, Esq.
    Florida Bar No. 965723

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 23, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or parties of interest via either transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *s/ Thomas A. Tucker Ronzetti*
Thomas A. Tucker Ronzetti