UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-20224-CIV-WILLIAMS

HUBERT ARTURO ACEVEDO,

    Plaintiff,

v.

CITY OF MIAMI;
JOE CAROLLO, individually;
ALEX DIAZ DE LA PORTILLA,
individually; ARTHUR NORIEGA,
individually; and MANOLO REYES,
individually,

    Defendants.
_____/

## **DEFENDANT MANOLO REYES' NOTICE OF APPEAL**

Notice is hereby given that Manolo Reyes, Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order denying Defendants' Motions to Dismiss entered on July 29, 2024. [DE 75].

    Respectfully submitted,

| | |
|---|---|
| **QUINTERO BROCHE, P.A.** | **JOSE M. QUINON, P.A.** |
| *Counsel for Manolo Reyes* | *Counsel for Manolo Reyes* |
| 75 Valencia Avenue, Suite 800 | 75 Valencia Avenue, Suite 800 |
| Coral Gables, Florida 33134 | Coral Gables, Florida 33134 |
| Tel: (305) 446-0303 | Tel: (305) 858-5700 |
| Fax: (305) 446-4503 | Fax: (305) 358-7848 |

By: /s/    Frank Quintero, Jr.                 By: /s/  Jose M. Quinon_____
    FRANK QUINTERO, JR., Esq.              JOSE M. QUINON, Esq.
    Florida Bar No.: 399167                     Florida Bar No.:  201944

By: /s/  Jessica Fonseca-Nader_____
    JESSICA FONSECA-NADER, Esq.
    Florida Bar No.: 0125806

## CERTIFICATE OF SERVICE

I HEREBY certify that on September 27, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                             By: /s/    Frank Quintero, Jr.
                                                  FRANK QUINTERO, Jr.
                                                  FLORIDA BAR NO.: 399167