UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:22-CV-20224-WILLIAMS

HUBERT ARTURO ACEVEDO,

    Plaintiff(s),

vs.

CITY OF MIAMI,
JOE CAROLLO, individually,
ALEX DIAZ DE LA PORTILLA, individually
ARTHUR NORIEGA, individually
MANOLO REYES, individually,

    Defendant(s).
_____/

**JOINT STATUS REPORT**

The Plaintiff, HUBERT ARTURO ACEVEDO, and the Defendants, CITY OF MIAMI, JOE CAROLLO, individually, ALEX DIAZ DE LA PORTILLA, individually, ARTHUR NORIEGA, individually and MANOLO REYES, individually, hereby submit this joint scheduling status report in response to the Court's October 11, 2024 order [D.E. 109].

## DISCOVERY

Plaintiff ACEVEDO and Defendant CITY OF MIAMI have both served requests for production. The CITY OF MIAMI conferred with ACEVEDO via Teams teleconference and via electronic mail regarding the Plaintiff requests. The CITY OF MIAMI and ACEVEDO agreed to mutually extend responses to the requests for production to March 5, 2025. The CITY OF MIAMI and ACEVEDO mutually agreed to a proposed order on Electronically Stored Information (ESI) and privileges and submitted the proposed orders to Magistrate Edwin Torres on January 16, 2025. The CITY OF MIAMI has conducted dozens of meetings to ascertain what responsive documents and communications exist and have sent ACEVEDO a proposal for e-mail searches that

correspond to multiple requests for production. The CITY OF MIAMI is ready to start serving discovery responses on the Plaintiff as soon as the proposed orders are entered. Both Parties attempted to follow up with Magistrate Judge Torres' chambers regarding the entry of the orders via telephone on January 30, 2025. The Parties also followed up via email on January 30, 2025.

## APPEALS

The individual defendants appealed the denial of their immunity defenses in the U.S. Court of Appeals for the Eleventh Circuit, Case No. 24-12650. The parties participated in a mediation conference with the Eleventh Circuit's mediator on December 3, 2024, after which the individual defendants sought a mediator extension of the January 21, 2025 deadline for initial briefing. ACEVEDO agreed to this 30-day extension. The individual defendants' initial briefs are currently due February 20, 2025.

Respectfully submitted on this 31st day of January, 2025.

Respectfully submitted,

| | |
|---|---|
| Frank Quintero, Jr.<br>QUINTERO BROCHE, P.A.<br>75 Valencia Ave, Ste. #800<br>Coral Gables, FL 33134<br>Tel.: (305) 446-0303<br>Email: fquintero@quinterolaw.net<br>*Counsel for Commissioner Manolo Reyes*<br><br>By: /s/ *Frank Quintero, Jr.*<br>     Frank Quintero, Jr.<br>     Florida Bar No. 399167 | Mason A. Pertnoy<br>KRINSMAN, HUSS, LUBETSKY,<br>FELDMAN & HOTTE<br>Alfred I Dupont Building<br>169 E. Flagler Street, Suite 500<br>Miami, FL 33131<br>Tel.: (305) 854-9700<br>Email: mp@khllaw.com<br>*Counsel for City Manager Arthur Noriega, V*<br><br>By: /s/ *Mason A. Pertnoy*<br>     Mason A. Pertnoy<br>     Florida Bar No. 18334 |

Thomas A. Tucker Ronzetti, Esq.
tr@tuckrlaw.com
TUCKER RONZETTI, P.A.
5760 SW 46th Terrace
Miami, Florida 33155
(305) 546-4638 (Telephone)
*Counsel for Defendant, Alex Diaz de la Portilla*

By: */s/ Thomas A. Tucker Ronzetti*
    Thomas A. Tucker Ronzetti
    Florida Bar No. 965723

Jose M. Quinon
JOSE M. QUINON, P.A.
2333 Brickell Ave, Suite A1
Miami, FL 33129
Tel.: (305) 858-5700
Email: jquinon@quinonlaw.com
*Counsel for Commissioner Manolo Reyes*

By: */s/ Jose M. Quinon*
    Jose M. Quinon
    Florida Bar No. 201944

Benedict P. Kuehne
KUEHNE DAVIS LAW, P.A.
Miami Tower, Suite 3650
100 S.E. 2 St.
Miami, FL 33131-2154
Tel.: (305) 789-5989
Email: ben.kuehne@kuehnelaw.com;
efiling@kuehnelaw.com
*Counsel for Commissioner Joe Carollo*

By: */s/ Benedict P. Kuehne*
    Benedict P. Kuehne
    Florida Bar No. 233293

Javier A. Lopez, Esq.
Vedder Price
600 Brickell Ave, Suite 1500
Miami, FL 33131
Telephone: (786) 741-3200
Facsimile: (786) 741-3202
Email: jlopez@vedderprice.com
*Counsel for Defendant, Alex Diaz de la Portilla*

By: */s/ Javier A. Lopez*
Javier A. Lopez
Fla. Bar No. 16727

GEORGE K. WYSONG III, City Attorney
STEPHANIE K. PANOFF,
Division Chief for Labor & Employment
Attorneys for **City of Miami**
444 S.W. 2nd Avenue, Suite 945
Miami, FL  33130-1910
Tel.: (305) 416-1800
Fax: (305) 400-5071
Email:  skpanoff@miamigov.com
Secondary
Email:  JMDeloro@miamigov.com

By:  */s/ Stephanie K. Panoff*
Stephanie K. Panoff
Florida Bar No. 69214

Marcos Daniel Jiménez
LEÓN COSGROVE JIMÉNEZ, LLP
255 Alhambra Circle, 8th Floor
Miami, Florida 33134
Tel: 305-740-1975
Fax: 305-351-4059
Email: mjimenez@leoncosgrove.com
*Counsel for Hubert Arturo Acevedo*

By: */s/ Marcos Daniel Jiménez*
    Marcos Daniel Jiménez
    Florida Bar No. 441503

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 31st day of January, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By: **/s/ Stephanie K. Panoff**
Stephanie K. Panoff
Florida Bar No. 69214
