UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-20224

HUBERT ARTURO ACEVEDO,
    Plaintiff,

v.

CITY OF MIAMI;
JOE CAROLLO, individually;
ALEX DIAZ DE LA PORTILLA, individually;
MANOLO REYES, individually.

        Defendants.
_____/

## NOTICE OF SUGGESTION OF DEATH

The undersigned counsel pursuant to Federal Rule of Civil Procedure 25(a)(1) provides record notice of the death of Manolo Reyes, one of the Defendants in this action, who died on April 10, 2025, during the pendency of this matter.

Respectfully submitted,

**QUINTERO BROCHE& FONSECA-NADER, P.A.**
*Counsel for Manolo Reyes*
75 Valencia Avenue, Suite 800
Coral Gables, Florida 33134
Tel: (305) 446-0303
Fax: (305) 446-4503

By: /s/  Frank Quintero, Jr.
    FRANK QUINTERO, JR., Esq.
    Florida Bar No.: 399167

By: /s/  Jessica Fonseca-Nader
    JESSICA FONSECA-NADER, Esq.
    Florida Bar No.: 0125806

**JOSE M. QUINON, P.A.**
*Counsel for Manolo Reyes*
75 Valencia Avenue, Suite 800
Coral Gables, Florida 33134
Tel: (305) 858-5700
Fax: (305) 358-7848

By: /s/  Jose M. Quinon
    JOSE M. QUINON, Esq.
    Florida Bar No.:  201944

1

## CERTIFICATE OF SERVICE

I HEREBY certify that on April 14, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served on nonparties pursuant to Federal Rule of Civil Procedure 4.

By: /s/    *Frank Quintero, Jr.*
FRANK QUINTERO, Jr.
FLORIDA BAR NO.: 399167

2